**FILED**

02/18/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0605

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0605

_____

BOARD OF REGENTS OF HIGHER
EDUCATION OF THE STATE OF MONTANA,

     Petitioner and Appellee,

  v.

THE STATE OF MONTANA, by and through
Austin Knudsen, Attorney General of the State of
Montana in his official capacity,

     Respondent and Appellant.

_____

O R D E R

Good cause appearing, amicus counsel for Second Amendment Foundation, Idaho Second Amendment Alliance, and Madison Society Foundation, Inc., Donald Kilmer and Alexandria Kincaid, are provisionally granted pro hac vice admission to this Court for the sole purpose of lodging an amicus brief in this matter.

Local Montana Counsel, Quinten Rhoades is hereby directed to keep this Court informed of the progress of Amicus Counsels' application to the Montana Bar Association for pro hac vice admission.

Furthermore, the amicus brief of the Second Amendment Foundation, Idaho Second Amendment Alliance, and Madison Society Foundation, Inc., is ordered to be lodged with this Court. If pro hac vice admission is denied for both amicus counsel, the brief shall not be filed. If pro hac vice admission is granted for one or both amicus counsel, the motion seeking leave to file an amicus brief is granted.

Movant is directed to serve a copy of the motion upon the State Bar Admissions Administrator pursuant to Rule XI.E, Rules of Admission.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 18 2022